UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                                Case No. 19-cr-20659
                                            Hon. Matthew F. Leitman

MARCO ANTONIO PAREDES-MACHADO,

   Defendant.
_____/

## ORDER DENYING MOTION FOR REDUCTION OF SENTENCE PURSUANT TO RETREOACTIVE GUIDELINE AMENDMENT 821, PART B (ECF No. 11)

On November 13, 2024, the Court held a hearing on Defendant's Motion for Reduction of Sentence Pursuant to Retroactive Guideline Amendment 821, Part B. (Mot. ECF No. 11.) For the reasons explained on the record, the motion is **DENIED**.

**IT IS SO ORDERED.**

                                                     s/Matthew F. Leitman
                                                     MATTHEW F. LEITMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated:  November 13, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 13, 2024, by electronic means and/or ordinary mail.

                                                     s/Holly A. Ryan
                                                   Case Manager
                                                   (313) 234-5126