UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCO ANTONIO PAREDES-MACHADO,

    Defendant.

_____/

Case No. 19-cr-20659
Hon. Matthew F. Leitman

# ORDER ON STIPULATION FOR ENLARGEMENT OF TIME FOR DEFENDANT'S REPLY TO THE GOVERNMENT'S RESPONSE TO PAREDES-MACHADO'S MOTION FOR A SENTENCE REDUCTION UNDER AMENDMENT 821

**IT IS HEREBY ORDERED** that the defendant's reply to the government's brief in response to Paredes-Machado's motion for compassionate release is now due on February 3, 2025.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 23, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 23, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126